IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01903–EWN–MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MORELAND AUTO GROUP, LLP, d/b/a KIDS AUTOMOTIVE, INC., KIDS FINANCIAL INC., and BRANDON FINANCIAL, INC.,

    Defendant.

---

### MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Leave to Intervene" (#5, filed November 14, 2006) is GRANTED.

Dated: November 15, 2006