IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01903-EWN-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

NANCY CASTANON and GEORGENE WAYNE,

    Plaintiffs-Intervenors,

v.

MORELAND AUTO GROUP, LLP; d/b/a Kids Automotive, Inc.;
KIDS FINANCIAL INC.; and
BRANDON FINANCIAL, INC.;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 31, 2007.**

    Defendants' Unopposed Joint Motion for Leave to File an Amended Answer [Filed January 29, 2007; Docket #24] is **granted**. Because Defendants' Amended Answer is included in the same document as the Motion, Defendants are granted leave until **February 5, 2007**, to file their Amended Answer.