IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01903-EWN-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

NANCY CASTANON and GEORGENE WAYNE,

    Plaintiffs-Intervenors,

v.

MORELAND AUTO GROUP, LLP; d/b/a Kids Automotive, Inc.;
KIDS FINANCIAL INC.; and
BRANDON FINANCIAL, INC.;

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 19, 2007.**

    For good cause shown, the parties' Joint Motion to Amend Scheduling Order [Filed April 18, 2007; Docket #42] is **granted** in part and **denied** in part. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert deadline: | May 25, 2007 |
| Rebuttal expert deadline: | June 15, 2007 |
| Discovery cut-off: | June 25, 2007 |
| Dispositive motion deadline: | June 25, 2007 |

    The Preliminary Pretrial Conference remains set for June 4, 2007. The purpose of this conference is to narrow the remaining issues in the case before the close of discovery and, therefore, the Conference will not be rescheduled for after the close of discovery.