IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01903-EWN-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Plaintiff,

NANCY CASTANON and GEORGENE WAYNE,

      Plaintiffs-Intervenors,

v.

MORELAND AUTO GROUP, LLP; d/b/a Kids Automotive, Inc.;
KIDS FINANCIAL INC.; and
BRANDON FINANCIAL, INC.;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2007.**

      Based on the notice to Chambers that this matter is resolved as to Plaintiffs-Intervenor and Defendants, Plaintiffs-Intervenors' Motion for an Order Denying Defendants the Right to Use Certain Evidence, or in the alternative, to Compel Discovery Responses, and for Legal Fees [Filed May 21, 2007; Docket #46] is **denied without prejudice**.