IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01903-EWN-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

NANCY CASTANON and GEORGENE WAYNE,

    Plaintiffs-Intervenors,

v.

MORELAND AUTO GROUP, LLP; d/b/a Kids Automotive, Inc.,
KIDS FINANCIAL INC., and
BRANDON FINANCIAL, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2007.**

    EEOC's Unopposed Motion Emergency Motion to Stay Discovery Pending Resolution of Motion to Enforce Settlement Agreement and Request for Expedited Hearing [Filed June 25, 2007; Docket #66] is **granted**. Discovery is stayed in this case pending the resolution of the Motion to Enforce Settlement Agreement EEOC states that it will file. If such a motion is not filed on or before July 2, 2007, this stay will automatically be lifted on July 3, 2007, absent further order of the Court.