IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01903–EWN–KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and
NANCY CASTANON and GEORGENE WAYNE, intervenors,

    Plaintiffs,

v.

MORELAND AUTO GROUP, LLP, d/b/a KIDS
AUTOMOTIVE, INC., KIDS FINANCIAL INC., and
BRANDON FINANCIAL, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss of the Plaintiffs/Intervenors Georgene Wayne and Nancy Castanon and the Defendants Moreland Automotive Group, LLLP, Moreland Auto Limited Partnership, LP, Kids Automotive, Inc., Kids Finance, Inc. (C.A.R. Finance), and Brandon Financial, Inc., for dismissal of the Complaint-in-Intervention filed in the above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

IT IS HEREBY ORDERED that the Complaint-in-Intervention be dismissed with prejudice, each party to pay their respective costs and attorney's fees.

Dated this 9th day of October, 2007.

                                                    BY THE COURT:

                                                    s/ Edward W. Nottingham
                                                    EDWARD W. NOTTINGHAM
                                                    Chief United States District Judge