**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 06-cv-01903-EWN-KLM**      **FTR** - Reporter Deck - Courtroom A-501
**Date:**   October 25, 2007                                Courtroom Deputy,  Ellen E. Miller
_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,      Jennifer A. Randall
                                                                                         Sally C. Shanley
   **Plaintiff(s)/Counter Defendant(s),**
v.

MORELAND AUTO GROUP, LLP,                                     Timothy L. Nemechek
                                                                                         Michelle R. Magruder
   **Defendant(s)/Counter Claimant(s).**
_____
               **COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:   EVIDENTIARY HEARING**
**Court in Session:**     1:30 p.m.
Court calls case.    Appearance of counsel.

Argument is heard regarding Plaintiff's Oral Motion that  Mr. Nemechek, who is expected to be called as a plaintiff witness,  be  excluded from the proceedings.

Arguments are presented as to whether Federal Common Law or Colorado Revised Statute shall apply in this action.

The Court adjourns to allow counsel to discuss positions on allowing  Mr. Nemechek to remain in the courtroom in his capacity as defense counsel.

**Court in Recess:**      1:53 p.m.

**Court in Session:**     2:09 p.m.

**It is ORDERED:**       Plaintiff's ORAL MOTION FOR EXCLUSION is **DENIED.**

The Court will reserve its ruling on the issue of prevailing law.

Plaintiff withdraws its request for exclusion of witnesses.

*06-cv-01903-EWN-KLM*
*Evidentiary Hearing*
*October 25, 2007*

Opening statement by Plaintiff (Jennifer A. Randall).
Opening statement by Defendant (Timothy L. Nemechek)

Witness **NANCY ANN WEEKS** is sworn.

Direct examination of Ms. Weeks by Ms. Randall.

Plaintiff's Exhibit 1 is admitted.

Plaintiff's Exhibit 2 is admitted.

Plaintiff's Exhibit 3 is admitted.

Plaintiff's Exhibit 6 is admitted.

Plaintiff's Exhibit 4 is admitted.

Defendant's Exhibit A is admitted.

Cross-examination of Ms. Weeks by Mr. Nemechek.

Re-Direct examination of Ms. Weeks by Ms. Randall.

Witness is excused.

Witness **TIMOTHY L. NEMECHEK** is sworn.

Direct examination of Mr. Nemechek by Ms. Shanley.

Plaintiff's Exhibit 5 is admitted.

Cross-examination of Mr. Nemechek by Ms. Magruder.

Defendant's Exhibit B is admitted.

Defendant's Exhibit C is admitted.

Re-Direct examination of Mr. Nemechek by Ms. Shanley.

Witness is excused.

*06-cv-01903-EWN-KLM*
*Evidentiary Hearing*
*October 25, 2007*

**5:00 p.m.**     Plaintiff rests.

**Court in Recess:**     5:02 p.m.     The Court takes a brief recess.

**Court in Session:**     5:11 p.m.     The Court reconvenes.

Defendant moves for a directed order of judgment.

**It is ORDERED:**     Defendant's ORAL MOTION FOR A DIRECTED ORDER OF JUDGMENT is **DENIED.**

Witness **MICHAEL E. HEGARTY** is sworn.

Direct examination of Magistrate Judge Hegarty by Mr. Nemechek.

No questions by Plaintiff.

Witness Magistrate Judge Hegarty is excused.

Witness **PHILIP A. HARRIS** is sworn.

Direct examination of Mr. Harris by Mr. Nemechek.

Cross examination of Mr. Harris by Ms. Shanley.

Witness is excused.

Plaintiff's closing arguments by Ms. Shanley.

Defendant's closing arguments by Mr. Nemechek.

**It is ORDERED:**     Plaintiff's MOTION TO ENFORCE SETTLEMENT AGREEMENT [Docket No. **76,** Filed July 02, 2007] is **TAKEN UNDER ADVISEMENT.** The Court will issue its written Order in due course.

HEARING CONCLUDES.
**Court in recess:**     6:26 p.m.
Total In-Court Time:     04:56

**ATTACHMENTS:     Exhibits**