IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cv-01903-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff(s),

vs.

MORELAND AUTO GROUP, LLP,

    Defendant(s).

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated and ordered that upon the conclusion of the Evidentiary Hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

Dated at Denver, Colorado this 25th day of October, 2007.

BY THE COURT:

_____
KRISTEN L. MIX
UNITED STATES MAGISTRATE JUDGE

_____       _____
Attorney for Plaintiff                                        Attorney for Defendant
Jennifer A. Randall                                          Timothy L. Nemechek

_____       _____
Attorney for Plaintiff                                         Attorney for Defendant
Sally C. Shanley                                              Michelle R. Magruder