IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: January 29, 2008

Civil Action No. 06–cv–01903–EWN–KLM

| *Parties:* | *Counsel:* |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Lynn Palma and Jennifer Randall |
| Plaintiff, | |
| v. | |
| MORELAND AUTO GROUP, LLP; d/b/a KIDS AUTOMOTIVE, INC.; KIDS FINANCIAL INC.; and BRANDON FINANCIAL, INC.; | Timothy Nemechek and Michelle Magruder |
| Defendant. | |

# COURTROOM MINUTES

**Status Conference**

**2:32 p.m.**    Court in session.

Discussion regarding status of case particularly with respect to Magistrate Judge Mix's recommendation, #121, as to the motion to enforce the settlement agreement, #76.

**ORDERED: 1.    The Recommendation of United States Magistrate Judge (#121, filed November 20, 2007) is ACCEPTED; the Report and Recommendation are adopted as the order of this court.**

**ORDERED: 2.     Plaintiff's Motion to Enforce Settlement Agreement (#76, filed July 2, 2007) is DENIED.**

**ORDERED: 3.     Defendant Moreland Automotive Group, LLP and Moreland Auto Limited Partnership LP's Motion for Summary Judgment (#52, filed June 1, 2007) is DENIED.**

Court sets four-day jury trial on April 21, 2008 at 9:00 a.m., and states that the chambers secretary will notify counsel of a mid-March date for the Final Pretrial Conference.

Parties note that a settlement conference is set on February 7, 2008, before Magistrate Judge Mix.

**2:43 p.m.**     Court in recess.

Hearing concluded.

Total time in court: 00:11