IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01903-EWN-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff(s),

v.

MORELAND AUTO GROUP, LLP,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff EEOC's Motion for Sanctions Pursuant to Fed. R. Civ. P. 37(d) for Failure to Appear at Rule 30(b)(6) Deposition [Docket No. 145; Filed March 18, 2008] (the "Motion"). The parties have informed the District Court that they have settled the remaining issues in the above-captioned case [Docket No. 152]. Accordingly,

    IT IS HEREBY **ORDERED** that Motion is **DENIED as moot**.

Dated: March 21, 2008