IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01903–EWN–MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MORELAND AUTO GROUP, LLP, d/b/a KIDS
AUTOMOTIVE, INC., KIDS FINANCIAL INC., and
BRANDON FINANCIAL, INC.,

    Defendants.

---

**ORDER SETTING FINAL PRETRIAL CONFERENCE**

---

The parties have consistently and repeatedly represented to this court, over a period of months since the court vacated the final pretrial conference, that they are on the verge of settlement. So far, it has not happened. Accordingly, it is

**ORDERED** as follows:

1. The court will hold a Final Pretrial Conference commencing at 11:00 o'clock a.m. on August 29, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically

http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd. These specific web addresses should be used to insure that the proper format is observed.

3. The court will entertain no continuances and no delays of dates and schedules unless the case is settled and all paperwork is complete by the deadline for submission of the Final Pretrial Order.

Dated this 29th day of July, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge