IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01903–EWN–KLM


EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, and
NANCY CASTANON and GEORGENE WAYNE, intervenors,

      Plaintiffs,

v.

MORELAND AUTO GROUP, LLP, d/b/a KIDS
AUTOMOTIVE, INC., KIDS FINANCIAL INC., and
BRANDON FINANCIAL, INC.,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Joint Motion to Approve Settlement Agreement

and Stipulation for Dismissal With Prejudice" filed August 12, 2008.  The court having read the

Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to

pay his, her or its own costs and attorneys' fees herein expended.

DATED this 22nd day of August, 2008.

BY THE COURT:


s// Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge